FLN Rev J&C; 3/2000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

Case # 3:03cr35LAC

**WILLIAM C. HICKMAN (USM #05550-017)**

Defendant's Attorney:
**Robert Dennis (AFPD)**
**41 N. Jefferson Street, Suite 301**
**Pensacola, Florida 32501**

## JUDGMENT IN A CRIMINAL CASE
(For Revocation Supervised Release)

The defendant admitted guilt to violations One and Two. The defendant was found guilty of violations. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such violations.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION OCCURRED |
|---|---|---|
| One | Violation of Mandatory Condition by failing to refrain from violation of the law. In that, the offender was arrested for Driving while License Suspended, Revoked or Cancelled (Knowingly) | February 14, 2006 |
| Two | Violation of Mandatory and Standard Conditions, by possession and use of a controlled substance without a prescription (amphetamine and methamphetamine) | January 25, 2006 and February 26, 2006 |

After an evidentiary hearing in this matter, the Court has determined that the defendant, WILLIAM C. HICKMAN has violated the terms and conditions of the supervised release. Therefore, the supervised release imposed in this case by judgment dated August 29, 2003 is hereby revoked.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN FLA.

06 APR 21  PM 12: 03

FILED

Date of Imposition of Sentence:
April 18, 2006

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

April 20, 2006

FLN Rev J&C; 3/2000                                                                                              Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

WILLIAM C. HICKMAN        3:03cr35LAC